1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

| | |
|---|---|
| NIKIE M. KING, | CASE NO. C20-1053JLR |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | WITHOUT PREJUDICE |
| GAIL JENKINS, et al., | |
| Defendants. | |

15    On November 23, 2020, the court ordered *pro se* Plaintiff Nikie M. King to show

16  cause why this case should not be dismissed for lack of subject matter jurisdiction.  (OSC

17  (Dkt. # 8).)  The court stated that "absent some measure of clarification as to the legal

18  claims that Ms. King asserts in this case, the court is unable to determine whether it has

19  federal question jurisdiction."  (*Id.* at 2.)  Moreover, "it appears that the court does not

20  have diversity jurisdiction."  (*Id.*)  Thus, the court ordered Ms. King to "provide

21  sufficient information to establish that the court has federal question jurisdiction . . . [or]

22  provide some other basis for the court's exercise of subject matter jurisdiction over this

1    action" within 14 days of the order.  (*Id.* at 3.)  The court cautioned that failure to respond

2    would result in dismissal without prejudice.  (*Id.*)

3    　　　　Ms. King's response to the court's order to show cause was due on December 6,

4    2020.  (*See id.*)  She has failed to provide a response.  (*See generally* Dkt.)  Although the

5    court's order may not have reached Ms. King (*see* 12/7/20 Dkt. Entry (Dkt. # 9) ("Mail

6    addressed to Nikie King returned as Undeliverable")), Ms. King is responsible for

7    maintaining an updated address with the court, *see* Local Rules W.D. Wash. LCR 10(f);

8    LCR 41(b)(2).  Because Ms. King has not provided any basis for the court's exercise of

9    subject matter jurisdiction, the court DISMISSES this case without prejudice.

10   　　　　Dated this 18th day of December, 2020.

13   JAMES L. ROBART
     United States District Judge